```
              FILED            RECEIVED
              ENTERED          SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    JUN 29 2011

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
         BY:                            DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
        v.                 )     2:10-CR-514-LDG (RJJ)
                           )
BRIAN KENNETH KINGSTON,    )
                           )
            Defendant.     )

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT BRIAN KENNETH KINGSTON

On March 21, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant BRIAN KENNETH KINGSTON to the United States of America. Docket #26.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant BRIAN KENNETH KINGSTON.

DATED this 29th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE