**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>                    Plaintiff,              )<br>                                                           )<br>         v.                                           )         2:10-CR-514-LDG (RJJ)<br>                                                           )<br>BRIAN KENNETH KINGSTON,    )<br>                                                           )<br>                    Defendant.            )   | |

**FINAL ORDER OF FORFEITURE**

On March 21, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BRIAN KENNETH KINGSTON to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BRIAN KENNETH KINGSTON pled guilty. Docket #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 23, 2011, March 30, 2011, and April 6, 2011, in the Las Vegas Review-Journal/Sun, further notifying all known third parties by regular mail and certified mail return receipt requested, of their right to petition the Court. #27, #28.

On June 16, 2011, the United States Marshal's Service served Leonard Forbis with Copies of the Preliminary Order of Forfeiture and the Notice by regular mail and certified mail. On July 14,

. . .

1  2011, the Petition, Stipulation for Return of Property and Order was filed. #32.  On July 20, 2011,
2  the Order Granting the Petition, Stipulation for Return of Property, and Order was entered. #33.
3        This Court finds no other petitions were filed herein by or on behalf of any person or entity
4  and the time for filing such petitions and claims has expired.
5        This Court finds no petitions are pending with regard to the assets named herein and the time
6  for presenting such petitions has expired.
7        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
8  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
9  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
10 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
11 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
12 law:

    a.    Smith and Wesson .44 Magnum revolver, serial number CFN4246;

    b.    any and all ammunition, including but not limited to, fifty (50) Winchester .44 Magnum bullets; and

    c.    a Black Hawk firearm holster ("property").

17       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19 as any income derived as a result of the United States of America's management of any property
20 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21 according to law.
22       The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23 certified copies to the United States Attorney's Office.
24       DATED this ____3____ day of ____Aug____, 2011.

_____
UNITED STATES DISTRICT JUDGE